Decided June 29, 2006

## WILLIAM FARADAY *v.* COMMISSIONER OF CORRECTION

The petition by the respondent for certification for appeal from the Appellate Court, 95 Conn. App. 1 (AC 26340), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's grant of the writ of habeas corpus?"

The Supreme Court docket number is SC 17694.

*Neil Parille*, assistant attorney general, in support of the petition.

*Erin M. Kallaugher*, in opposition.

Decided June 29, 2006